382 A.2d 750

Commonwealth v. Jones, Appellant.

Submitted June 13, 1977. Roy H. Davis, Assistant Public Defender, for appellant; D. Michael Emuryan, Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.